## THOMAS HENRY ROSS v. DULUTH, MISSABE & IRON RANGE RAILWAY COMPANY.[2]

April 23, 1940.

No. 32,525.

[1]Reported in 291 N. W. 508.
[2]Reported in 291 N. W. 610.

*Clarence J. Hartley*, *Dennis F. Donovan*, and *Elmer F. Blu*, for appellant.

*Lewis, Grannis & Underhill*, for respondent.

PER CURIAM.

Appeal from a judgment. The case was here before and our opinion filed February 16, 1940. Ross v. D. M. & I. R. Ry. Co. 207 Minn. 157, 290 N. W. 566. For the reasons given in the previous opinion and upon authority of that opinion, the judgment appealed from is affirmed.